**Fill in this information to identify the case:**

Debtor 1: Norman E. Vollentine

Debtor 2 (Spouse, if filing): Stephanie A. Vollentine

United States Bankruptcy Court for the: Western District of PA (State)

Case number: 17-10979

# Form 4100R
# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** KeyBank N.A. as s/b/m to First Niagara Bank N.A.

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 2 0

**Property address:** 3272 Dublin Rd
Number    Street

Waterford, PA 16441-2184
City         State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___ MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 1,795.32

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ 1,795.32

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 10/15/2022 MM/DD/YYYY

Debtor 1   Norman  E.  Vollentine
          First Name  Middle Name  Last Name

Case number (*if known*) 17-10979

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Elliott R Spirakus
  Signature

Date  02 / 20 / 2023

Print   Elliott   R   Spirakus
       First Name  Middle Name  Last Name

Title  Senior Specialist

Company  KeyBank N.A. as s/b/m to First Niagara Bank N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  4910   Tiedeman Road
         Number  Street

Brooklyn                    OH    44144
City                        State  ZIP Code

Contact phone ( 866 ) 325 – 9723

Email  BK_SPECIALISTS@KEYBANK.COM

| Name: | Norman & Stephanie Vollentine | | | *Post-Petition Payments* | | | | | | | | KeyBank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Number: | 17-10979 | | | | | | | | | | | |
| Acct#: | 00004560247449 / 8307720020 | | | | | How Payments were Applied | | | | | | |

| Payment Due Date | Amount Due | Received Date | Received Amount | Princpal | Interest | Escrow | Fee | Late Charge | Misc | Difference (Amt Rcvd vs Amt Due) | Shortage / Overage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/17 | $ 1,834.93 | | | | | | | | | $ (1,834.93) | $ (1,834.93) |
| 11/15/17 | $ 1,844.54 | | | | | | | | | $ (1,844.54) | $ (3,679.47) |
| 12/15/17 | $ 1,834.99 | 12/27/2017 | $ 1,896.64 | $ 1,351.39 | $ 545.25 | | | | | $ 61.65 | $ (3,617.82) |
| 1/15/18 | $ 1,844.53 | 1/20/2018 | $ 3,497.67 | $ 2,593.56 | $ 904.11 | | | | | $ 1,653.14 | $ (1,964.68) |
| 2/15/18 | $ 1,839.95 | 2/1/2018 | $ 1,896.64 | $ 1,362.29 | $ 534.35 | | | | | $ 56.69 | $ (1,907.99) |
| 3/15/18 | $ 1,821.63 | 3/1/2018 | $ 1,531.90 | $ 1,105.09 | $ 426.81 | | | | | $ (289.73) | $ (2,197.72) |
| 4/15/18 | $ 1,850.51 | 4/2/2018 | $ 1,896.64 | $ 1,416.64 | $ 480.00 | | | | | $ 46.13 | $ (2,151.59) |
| | | 4/30/2018 | $ 1,898.62 | $ 1,461.80 | $ 436.82 | | | | | $ 1,898.62 | $ (252.97) |
| 5/15/18 | $ 1,838.61 | 5/30/2018 | $ 1,825.60 | $ 1,347.21 | $ 478.39 | | | | | $ (13.01) | $ (265.98) |
| 6/15/18 | $ 1,859.93 | 6/27/2018 | $ 1,778.86 | $ 1,320.54 | $ 458.32 | | | | | $ (81.07) | $ (347.05) |
| 7/15/18 | $ 1,847.13 | | | | | | | | | $ (1,847.13) | $ (2,194.18) |
| 8/15/18 | $ 1,855.67 | 8/1/2018 | $ 1,611.12 | $ 1,129.41 | $ 481.71 | | | | | $ (244.55) | $ (2,438.73) |
| | | 8/31/2018 | $ 1,687.72 | $ 1,227.41 | $ 460.31 | | | | | $ 1,687.72 | $ (751.01) |
| 9/15/18 | $ 1,868.60 | 9/28/2018 | $ 1,708.32 | $ 1,238.27 | $ 470.05 | | | | | $ (160.28) | $ (911.29) |
| 10/15/18 | $ 1,855.45 | | | | | | | | | $ (1,855.45) | $ (2,766.74) |
| 11/15/18 | $ 1,863.82 | 11/1/2018 | $ 1,819.43 | $ 1,339.17 | $ 480.26 | | | | | $ (44.39) | $ (2,811.13) |
| | | 11/30/2018 | $ 1,836.25 | $ 1,376.61 | $ 459.64 | | | | | $ 1,836.25 | $ (974.88) |
| 12/15/18 | $ 1,864.75 | 12/28/2018 | $ 1,846.47 | $ 1,376.79 | $ 469.68 | | | | | $ (18.28) | $ (993.16) |
| 1/15/19 | $ 1,873.03 | 1/30/2019 | $ 1,852.66 | $ 1,389.11 | $ 463.55 | | | | | $ (20.37) | $ (1,013.53) |
| 2/15/19 | $ 1,870.70 | | | | | | | | | $ (1,870.70) | $ (2,884.23) |
| 3/15/19 | $ 1,848.33 | 3/28/2019 | $ 3,715.88 | $ 2,776.47 | $ 939.41 | | | | | $ 1,867.55 | $ (1,016.68) |
| 4/15/19 | $ 1,881.98 | | | | | | | | | $ (1,881.98) | $ (2,898.66) |
| 5/15/19 | $ 1,865.92 | 5/6/2019 | $ 1,859.61 | $ 1,430.27 | $ 429.34 | | | | | $ (6.31) | $ (2,904.97) |
| | | 5/30/2019 | $ 1,880.14 | $ 1,406.54 | $ 473.60 | | | | | $ 1,880.14 | $ (1,024.83) |
| 6/15/19 | $ 1,874.62 | | | | | | | | | $ (1,874.62) | $ (2,899.45) |
| 7/15/19 | $ 1,860.47 | 7/1/2019 | $ 1,901.59 | $ 1,452.76 | $ 448.83 | | | | | $ 41.12 | $ (2,858.33) |
| 8/15/19 | $ 1,869.06 | 8/2/2019 | $ 1,930.80 | $ 1,472.72 | $ 458.08 | | | | | $ 61.74 | $ (2,796.59) |
| 9/15/19 | $ 1,866.46 | 9/3/2019 | $ 1,722.04 | $ 1,286.10 | $ 435.94 | | | | | $ (144.42) | $ (2,941.01) |
| | | 9/27/2019 | $ 120.90 | $ 120.90 | | | | | | $ 120.90 | $ (2,820.11) |
| 10/15/19 | $ 1,852.41 | | | | | | | | | $ (1,852.41) | $ (4,672.52) |
| 11/15/19 | $ 1,848.61 | 11/4/2019 | $ 4,052.66 | $ 3,169.94 | $ 882.72 | | | | | $ 2,204.05 | $ (2,468.47) |
| 12/15/19 | $ 1,820.49 | 12/2/2019 | $ 287.92 | $ 86.31 | $ 201.61 | | | | | $ (1,532.57) | $ (4,001.04) |
| 1/15/20 | $ 1,815.11 | 1/3/2020 | $ 3,327.07 | $ 2,493.83 | $ 833.24 | | | | | $ 1,511.96 | $ (2,489.08) |
| | | 1/31/2020 | $ 1,621.69 | $ 1,241.33 | $ 380.36 | | | | | $ 1,621.69 | $ (867.39) |
| 2/15/20 | $ 1,811.16 | 2/28/2020 | $ 1,985.81 | $ 1,613.17 | $ 372.64 | | | | | $ 174.65 | $ (692.74) |
| 3/15/20 | $ 1,789.24 | 3/26/2020 | $ 314.50 | $ 314.50 | | | | | | $ (1,474.74) | $ (2,167.48) |
| 4/15/20 | $ 1,805.61 | | | | | | | | | $ (1,805.61) | $ (3,973.09) |
| 5/15/20 | $ 1,187.44 | 5/6/2020 | $ 3,965.11 | $ 3,183.45 | $ 781.66 | | | | | $ 2,777.67 | $ (1,195.42) |
| 6/15/20 | $ 1,717.43 | 6/1/2020 | $ 2,052.21 | $ 1,455.46 | $ 596.75 | | | | | $ 334.78 | $ (860.64) |
| 7/15/20 | $ 1,707.86 | 7/1/2020 | $ 1,745.90 | $ 1,484.49 | $ 261.41 | | | | | $ 38.04 | $ (822.60) |
| 8/15/20 | $ 1,712.44 | 8/5/2020 | $ 1,745.61 | $ 1,506.14 | $ 239.47 | | | | | $ 33.17 | $ (789.43) |
| 9/15/20 | $ 1,736.64 | 9/21/2020 | $ 1,397.64 | $ 1,397.64 | | | | | | $ (339.00) | $ (1,128.43) |
| 10/15/20 | $ 1,682.42 | 10/6/2020 | $ 309.47 | $ 106.36 | $ 203.11 | | | | | $ (1,372.95) | $ (2,501.38) |
| | | 10/6/2020 | $ 38.35 | | $ 38.35 | | | | | $ 38.35 | $ (2,463.03) |
| | | 10/23/2020 | $ 285.22 | $ 285.22 | | | | | | $ 285.22 | $ (2,177.81) |
| | | 10/23/2020 | $ 1,204.21 | $ 1,204.21 | | | | | | $ 1,204.21 | $ (973.60) |
| | | 10/23/2020 | $ 37.89 | | $ 37.89 | | | | | $ 37.89 | $ (935.71) |
| | | 10/23/2020 | $ 218.08 | | $ 218.08 | | | | | $ 218.08 | $ (717.63) |
| 11/15/20 | $ 1,700.97 | | | | | | | | | $ (1,700.97) | $ (2,418.60) |
| 12/15/20 | $ 1,698.92 | 12/9/2020 | $ 3,543.78 | $ 3,114.20 | $ 429.58 | | | | | $ 1,844.86 | $ (573.74) |
| 1/15/21 | $ 726.74 | | | | | | | | | $ (726.74) | $ (1,300.48) |
| 2/15/21 | $ 472.19 | 2/10/2021 | $ 1,055.95 | $ 1,055.95 | | | | | | $ 583.76 | $ (716.72) |
| | | 2/10/2021 | $ 264.10 | $ 264.10 | | | | | | $ 264.10 | $ (452.62) |
| | | 2/10/2021 | $ 290.04 | $ 272.82 | $ 17.22 | | | | | $ 290.04 | $ (162.58) |
| | | 2/10/2021 | $ 192.82 | | $ 192.82 | | | | | $ 192.82 | $ 30.24 |
| 3/15/21 | $ 455.54 | 3/5/2021 | $ 953.14 | $ 948.83 | $ 4.31 | | | | | $ 497.60 | $ 527.84 |
| | | 3/5/2021 | $ 262.92 | $ 262.92 | | | | | | $ 262.92 | $ 790.76 |
| | | 3/5/2021 | $ 264.97 | $ 250.06 | $ 14.91 | | | | | $ 264.97 | $ 1,055.73 |
| | | 3/5/2021 | $ 461.77 | $ 262.92 | $ 198.85 | | | | | $ 461.77 | $ 1,517.50 |
| | | 3/5/2021 | $ 6.39 | | $ 6.39 | | | | | $ 6.39 | $ 1,523.89 |
| | | 3/5/2021 | $ 240.43 | $ 41.86 | $ 198.57 | | | | | $ 240.43 | $ 1,764.32 |
| 4/15/21 | $ 441.15 | | | | | | | | | $ (441.15) | $ 1,323.17 |
| 5/15/21 | $ 472.50 | | | | | | | | | $ (472.50) | $ 850.67 |
| 6/15/21 | $ 453.52 | | | | | | | | | $ (453.52) | $ 397.15 |
| 7/15/21 | $ 458.55 | 7/1/2021 | $ 32.16 | $ 32.16 | | | | | | $ (426.39) | $ (29.24) |
| | | 7/1/2021 | $ 4.31 | | $ 4.31 | | | | | $ 4.31 | $ (24.93) |
| | | 7/1/2021 | $ 3.63 | | $ 3.63 | | | | | $ 3.63 | $ (21.30) |
| | | 7/1/2021 | $ 451.91 | $ 262.92 | $ 188.99 | | | | | $ 451.91 | $ 430.61 |
| | | 7/1/2021 | $ 118.66 | | $ 118.66 | | | | | $ 118.66 | $ 549.27 |
| 8/15/21 | $ 450.78 | 8/3/2021 | $ 14.93 | $ 10.62 | $ 4.31 | | | | | $ (435.85) | $ 113.42 |
| | | 8/3/2021 | $ 438.59 | $ 262.92 | $ 175.67 | | | | | $ 438.59 | $ 552.01 |

| Date | Amount | Date | Amount | Amount | Amount | | | | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/15/21 | $ 449.76 | | | | | | | | | $ (449.76) | $ 102.25 |
| 10/15/21 | $ 462.04 | 10/4/2021 | $ 372.38 | $ 262.92 | $ 109.46 | | | | | $ (89.66) | $ 12.59 |
| | | 10/4/2021 | $ 458.55 | $ 262.92 | $ 195.63 | | | | | $ 458.55 | $ 471.14 |
| | | 10/4/2021 | $ 68.59 | | $ 68.59 | | | | | $ 68.59 | $ 539.73 |
| 11/15/21 | $ 448.47 | 11/2/2021 | $ 328.80 | $ 262.92 | $ 65.88 | | | | | $ (119.67) | $ 420.06 |
| | | 11/2/2021 | $ 120.96 | | $ 120.96 | | | | | $ 120.96 | $ 541.02 |
| 12/15/21 | $ 440.98 | 12/1/2021 | $ 111.41 | $ 107.10 | $ 4.31 | | | | | $ (329.57) | $ 211.45 |
| | | 12/1/2021 | $ 338.35 | $ 143.54 | $ 194.81 | | | | | $ 338.35 | $ 549.80 |
| | | 12/29/2021 | $ 123.69 | $ 119.38 | $ 4.31 | | | | | $ 123.69 | $ 673.49 |
| | | | $ 326.07 | $ 144.83 | $ 181.24 | | | | | $ 326.07 | $ 999.56 |
| 1/15/22 | $ 458.41 | 1/31/2022 | $ 415.67 | $ 262.92 | $ 152.75 | | | | | $ (42.74) | $ 956.82 |
| | | 1/31/2022 | $ 51.39 | | $ 51.39 | | | | | $ 51.39 | $ 1,008.21 |
| 2/15/22 | $ 451.08 | 2/28/2022 | $ 263.74 | $ 259.43 | $ 4.31 | | | | | $ (187.34) | $ 820.87 |
| | | 2/28/2022 | $ 194.67 | $ 155.02 | $ 39.65 | | | | | $ 194.67 | $ 1,015.54 |
| 3/15/22 | $ 432.03 | | | | | | | | | $ (432.03) | $ 583.51 |
| 4/15/22 | $ 449.03 | | | | | | | | | $ (449.03) | $ 134.48 |
| 5/15/22 | $ 448.64 | | | | | | | | | $ (448.64) | $ (314.16) |
| | | | | | | | | | | $ - | $ (314.16) |
| 6/15/22 | $ 447.51 | 6/8/2022 | $ 112.21 | $ 107.90 | $ 4.31 | | | | | $ (335.30) | $ (649.46) |
| | | 6/8/2022 | $ 346.20 | $ 181.40 | $ 164.80 | | | | | $ 346.20 | $ (303.26) |
| | | 6/8/2022 | $ 391.51 | $ 262.92 | $ 128.59 | | | | | $ 391.51 | $ 88.25 |
| | | 6/8/2022 | $ 66.90 | $ 28.85 | $ 38.05 | | | | | $ 66.90 | $ 155.15 |
| | | 6/8/2022 | $ 239.25 | $ 234.07 | $ 5.18 | | | | | $ 239.25 | $ 394.40 |
| | | 6/8/2022 | $ 219.16 | $ 182.41 | $ 36.75 | | | | | $ 219.16 | $ 613.56 |
| 7/15/22 | $ 464.17 | 7/5/2022 | $ 86.70 | $ 80.51 | $ 6.19 | | | | | $ (377.47) | $ 236.09 |
| | | 7/5/2022 | $ 371.71 | $ 176.65 | $ 195.06 | | | | | $ 371.71 | $ 607.80 |
| 8/15/22 | $ 473.78 | 8/1/2022 | $ 6.19 | | $ 6.19 | | | | | $ (467.59) | $ 140.21 |
| | | 8/1/2022 | $ 452.22 | $ 247.55 | $ 204.67 | | | | | $ 452.22 | $ 592.43 |
| | | 8/31/2022 | $ 21.56 | $ 15.37 | $ 6.19 | | | | | $ 21.56 | $ 613.99 |
| | | 8/31/2022 | $ 436.85 | $ 206.36 | $ 230.49 | | | | | $ 436.85 | $ 1,050.84 |
| 9/15/22 | $ 499.60 | | | | | | | | | $ (499.60) | $ 551.24 |
| 10/15/22 | $ 569.60 | 10/6/2022 | $ 62.75 | $ 56.56 | $ 6.19 | | | | | $ (506.85) | $ 44.39 |
| | | 10/6/2022 | $ 471.26 | $ 170.77 | $ 300.49 | | | | | $ 471.26 | $ 515.65 |
| 11/15/22 | $ 540.75 | | | | | | | | | $ (540.75) | $ (25.10) |
| 12/15/22 | $ 585.43 | | | | | | | | | $ (585.43) | $ (610.53) |
| 1/15/23 | $ 575.03 | | | | | | | | | $ (575.03) | $ (1,185.56) |
| 2/15/23 | $ 609.76 | | | | | | | | | $ (609.76) | $ (1,795.32) |
| | | | | | | | | | | $ - | $ (1,795.32) |
| | | | | | | | | | | $ - | $ (1,795.32) |
| | | | | | | | | | | $ - | $ (1,795.32) |
| | | | | | | | | | | $ - | $ (1,795.32) |
| | $ 83,159.40 | | $ 81,364.08 | $ 61,497.68 | $ 19,866.40 | $ - | $ - | $ - | $ - | $ (1,795.32) | |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Norman E. Vollentine<br>Stephanie A. Vollentine<br>, <br><br>Debtor(s). | Case No. 17-10979<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 2/20/2023, I electronically filed a Response to Notice of Final Cure with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtor(s) Attorney
Jeffery G. Herman


Trustee
Ronda J. Winnecour


And, I hereby certify that I have mailed via the United States Postal Service the Response to Notice of Final Cure to the following non CM/ECF participants:


Debtor
Norman E. Vollentine
Stephanie A. Vollentine
3272 Dublin Rd
Waterford, PA 16441


/s/Elliott R Spirakus
Bankruptcy Specialist
KeyBank N.A.