**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/17/23 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>NORMAN E. VOLLENTINE<br>STEPHANIE A. VOLLENTINE<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-10979<br><br>Chapter 13<br><br>Document No.: 87 |

### ORDER OF COURT

AND NOW, this ___17th___ day of ___March___, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

*[signature]*
jlm
Gregory L. Taddonio
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10979-GLT |
| Norman E. Vollentine | Chapter 13 |
| Stephanie A. Vollentine | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Norman E. Vollentine, Stephanie A. Vollentine, 3272 Dublin Rd, Waterford, PA 16441-2184 |
| cr | + | KeyBank N.A. S/B/M First Niagara, KeyBank N.A., 4910 Tiedeman Road, 4910 Tiedeman Road, 4910, Brooklyn, Oh 44144-2338 |
| 14716234 | + | Erie County Tax Claim Bureau, 140 West Sixth Street, Room 110, Erie, PA 16501-1073 |
| 14695050 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Erie, PA 16501-1011 |
| 14695051 | + | Fnb Cons Disc Co, 2501 W 12th St, Erie, PA 16505-4527 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2023 23:48:19 | Capital One Bank (USA) N.A. Cabela's Club Visa by, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14695046 | + | Email/Text: EBNProcessing@afni.com | Mar 17 2023 23:47:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14695047 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 17 2023 23:46:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14706791 | | Email/Text: ally@ebn.phinsolutions.com | Mar 17 2023 23:46:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 14766611 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2023 23:48:17 | CAPITAL ONE BANK (USA), N.A., Cabela's Club Visa by American Infosourc, 4515 N. Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14695048 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2023 23:48:26 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14754560 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2023 23:48:28 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14695049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2023 23:48:27 | Citibank / Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14695044 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2023 23:46:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14747677 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 17 2023 23:47:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14695052 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Mar 17 2023 23:47:00 | Keybank NA, Key Bank; Attention: Recovery Payment Pr, 4910 Tiedeman Road (Routing Code: 08-01-, Brooklyn, OH 44144-2338 |
| 14695053 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 17 2023 23:46:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14695054 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 17 2023 23:46:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14716195 | | Email/PDF: cbp@onemainfinancial.com | | |

Case 17-10979-GLT    Doc 98    Filed 03/19/23    Entered 03/20/23 00:22:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 17 2023 23:48:21 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14695055 | + | Email/PDF: cbp@onemainfinancial.com | Mar 17 2023 23:48:26 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14695056 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 17 2023 23:46:00 | Pnc Bank, Attn: Bankruptcy, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14744834 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2023 23:48:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14695292 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2023 23:48:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14695045 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 17 2023 23:46:00 | Pennsylvania Department of Revenue, Department 280946, Harrisburg, PA 17128-0001 |
| 14765831 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2023 23:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14695057 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2023 23:48:16 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14755801 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 17 2023 23:47:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14695058 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 17 2023 23:47:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |
| 14734314 | | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2023 23:48:19 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14695059 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 17 2023 23:46:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 14695060 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2023 23:48:25 | Worlds Foremost Bank N, Attn: Bankruptcy, 4800 Nw 1st St, Lincoln, NE 68521-4463 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | KeyBank, NA, s/b/m First Niagara Bank, NA |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA bnicholas@kmllawgroup.com |
| Jeffrey G. Herman | on behalf of Plaintiff Stephanie A. Vollentine JeffreyHerman@Live.com sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com |
| Jeffrey G. Herman | on behalf of Joint Debtor Stephanie A. Vollentine JeffreyHerman@Live.com sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com |
| Jeffrey G. Herman | on behalf of Plaintiff Norman E. Vollentine JeffreyHerman@Live.com sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com |
| Jeffrey G. Herman | on behalf of Debtor Norman E. Vollentine JeffreyHerman@Live.com sebaldhermancalendar@gmail.com;attorneyjeffreyherman@gmail.com;r59802@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7