**Fill in this information to identify the case:**

Debtor 1    Norman E. Vollentine

Debtor 2    Stephanie A. Vollentine
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA

Case number    17-10979 GLT

# Form 4100R

# AMENDED Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:    Mortgage Information

**Name of Creditor:**    KeyBank, NA, s/b/m First Niagara Bank, NA        **Court claim no.** (if known):    13-2

**Last 4 digits** of any number you use to identify the debtor's account:    0020
**Property address:**
3272 Dublin Road
Waterford, PA 16441

### Part 2:    Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3:    Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: loan was due for 11/15/2022 as of last Trustee payment and hand-off of post-petition payments to the debtor

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $ 0.00 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 0.00 |
| c. **Total.** Add lines a and b. | (c) | $0.00 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

| Debtor(s) | Norman E. Vollentine | | Case Number *(if known)*: 17-10979 GLT |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/  _Brian C. Nicholas_           Date   04/21/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie A. Vollentine<br>Norman E. Vollentine<br>　　　　　　　　　　Debtor(s) | BK NO. 17-10979 GLT<br><br>Chapter 13 |
| KeyBank, NA, s/b/m First Niagara Bank, NA<br>　　　　　　　　　　Movant<br>　　vs.<br>Stephanie A. Vollentine<br>Norman E. Vollentine<br>　　　　　　　　　　Debtor(s)<br>Ronda J. Winnecour,<br>　　　　　　　　　　Trustee | Related to Claim No. 13-2 |

## CERTIFICATE OF SERVICE
## AMENDED RESPONSE TO NOTICE OF FINAL CURE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 21, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Stephanie A. Vollentine
3272 Dublin Road
Waterford, PA 16441

Norman E. Vollentine
3272 Dublin Road
Waterford, PA 16441

Attorney for Debtor(s) – (via - ECF)
Jeffrey G. Herman
114 High Street
PO Box 455
Waterford, PA 16441

Trustee – (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail.

Dated: April 21, 2023

　　　　　　　　　　　　　　　　　*/s/ Brian C. Nicholas*
　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com