**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Norman E. Vollentine |
| Debtor 2 (Spouse, if filing) | Stephanie A. Vollentine |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number | 17-10979 |

Official Form 410S1

# Notice of Mortgage Payment Change                                         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A. S/B/M First Niagara Bank N.A.

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 2 0

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/15/2022

**New total payment:** $ 499.60
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate increase

   Current interest rate: 4.49 %    New interest rate: 5.24 %

   Current principal and interest payment: $ 473.78    New principal and interest payment: $ 499.60

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  Norman E. Vollentine
First Name  Middle Name  Last Name

Case number (if known) 17-10979

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/Michelle Yakovich
Signature

Date 08/22/2022

Print: Michelle Yakovich
First Name  Middle Name  Last Name

Title Bankruptcy Specialist

Company KeyBank N.A.

Address 4910 Tiedeman Road
Number  Street

Brooklyn        OH    44144
City            State  ZIP Code

Contact phone 866-325-9723

Email bk_specialists@keybank.com

### ELOC Billing Maintenance and Display (ELC3/PG1)

```
        LOAN       0020       ELOC BILLING MAINT AND DISPLAY      08/15/22  07:45:01
NE VOLLENTI        1ST PMT 01/15/11  INV 212/005  TYPE CONV. RES        LOC MAN B
BILL METHOD B   CUR PMT 08/15/22  PB     56789.36   IR 04.49000         GRP CQK
        INT BILLED THRU 07/21/22  INT DUE       .00    PMT PER 12  BILL IND
   SGMT: 01 OF 02  ELOC STATUS: A   ELOC PLAN CODE: FNHC   CURR TYPE: VAR/CLOSED
-- Page 1 ---------------------------------------------------------------
ACT: C (A,C,D,L/Z)  LIST/OPT:    (P,U,B/A,D) NEW BAL:        57,247.77  CONST
DUE DT: 08/15/22 APR: 4.49000  % INDX: 4.0000000  % MRGN: +  .490000 %   ESC
USER ID: 2AB -    BILL DATE: 072122    PRIOR BILLS UNPD    TOTAL AMT DUE
   MINIMUM PMT *O                                    .00             15.37
   PRINCIPAL                                         .00             15.37
   INTEREST       .00                                .00               .00
   ESCROW         .00                                .00               .00
   LATE CHARGES   .00                                .00               .00
   NSF            .00                                .00               .00
   OTHER FEES              .00                       .00               .00
   LIFE INSURANCE .00                                .00               .00
   A&H INSURANCE  .00                                .00               .00
   MISCELLANEOUS  .00                                .00               .00
   OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#     3:LOG ONLY    PF20:PFKEYS
                   4:UPD PRINT 5:UPD DFILE                      PF2:ADDL MSGS
   PRESS PF14 FOR MEMOS              ACTIVE CH 13 BANKRUPTCY
   USES CONSUMER KPLO PMT LOGIC OPTIONS  ELOC ADVANCE STOP = B
   REMOVED LOSS MITIGATION              CEASE & DESIST STOP = 5
```

## ELOC Billing Maintenance and Display (ELC3/PG1)

```
        LOAN         0020       ELOC BILLING MAINT AND DISPLAY       08/22/22  07:26:11
NE VOLLENTI         1ST PMT 01/15/11   INV 212/005  TYPE CONV. RES        LOC MAN B
BILL METHOD B   CUR PMT 08/15/22  PB     56789.36   IR 04.49000           GRP CQK
      INT BILLED THRU 08/19/22  INT DUE        .00   PMT PER 12  BILL IND
  SGMT: 01 OF 02  ELOC STATUS: A    ELOC PLAN CODE: FNHC   CURR TYPE: VAR/CLOSED
-- Page 1 ------------------------------------------------------------
ACT: C (A,C,D,L/Z)  LIST/OPT:    (P,U,B/A,D) NEW BAL:        57,026.04  CONST
DUE DT: 09/15/22 APR: 5.24000  % INDX: 4.7500000  % MRGN: +   .490000 %   ESC
  USER ID: 2AB -   BILL DATE: 081922     PRIOR BILLS UNPD    TOTAL AMT DUE
  MINIMUM PMT    499.60                        15.37               514.97
  PRINCIPAL      262.92                        15.37               278.29
  INTEREST       236.68                          .00               236.68
  ESCROW            .00                          .00                  .00
  LATE CHARGES      .00                          .00                  .00
  NSF               .00                          .00                  .00
  OTHER FEES                  .00               .00                  .00
  LIFE INSURANCE    .00                          .00                  .00
  A&H INSURANCE     .00                          .00                  .00
  MISCELLANEOUS     .00                          .00                  .00
  OUTPUT OPT: 1   1:UPD ONLY  2:ADD PRT/LOG#        3:LOG ONLY     PF20:PFKEYS
                  4:UPD PRINT 5:UPD DFILE                          PF2:ADDL MSGS
       PRESS PF14 FOR MEMOS              ACTIVE CH 13 BANKRUPTCY
       USES CONSUMER KPLO PMT LOGIC OPTIONS   ELOC ADVANCE STOP = B
       REMOVED LOSS MITIGATION           CEASE & DESIST STOP = 5
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF WESTERN PENNSYLVANIA

In Re: Norman E. Vollentine,　　　　　　　　　Case No. 17-10979
　　　　Stephanie A. Vollentine,

　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　Debtors

### CERTIFICATE OF SERVICE

　　　I hereby certify that on **08/22/2022,** I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtors' Attorney:
**Jeffrey G. Herman**

Trustee:
**Ronda J. Winnecour**

　　　And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtors:
**Norman E. Vollentine**
**Stephanie A. Vollentine**
3272 Dublin Rd
Waterford, PA 16441

　　　　　　　　　　　　　　　　　　　　　/s/Michelle Yakovich
　　　　　　　　　　　　　　　　　　　　　Bankruptcy Specialist
　　　　　　　　　　　　　　　　　　　　　KeyBank N.A.