**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Norman E. Vollentine |
| Debtor 2 (Spouse, if filing) | Stephanie A. Vollentine |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number | 17-10979 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** KeyBank N.A. S/B/M First Niagara Bank

**Court claim no** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 2 0

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/15/2023

**New total payment:** $ 609.76
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: Prime Rate increase

   Current interest rate: 6.74 %    New interest rate: 7.49 %

   Current principal and interest payment: $ 575.03    New principal and interest payment: $ 609.76

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Norman E. Vollentine | Case number (*if known*) 17-10979 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Reilly Fiske
Signature

Date 01/23/2023

Print: **Reilly Fiske**
First Name   Middle Name   Last Name

Title **Bankruptcy Specialist**

Company **KeyBank N.A.**

Address **4910 Tiedeman Road**
Number   Street

**Brooklyn**           **OH**   **44144**
City                    State   ZIP Code

Contact phone 866-325-9723

Email bk_specialists@keybank.com

### History of Rate Change (KRCH)

```
       0020              RATE CHANGE HISTORY           01/23/23  09:07:47
NE VOLLENTI   1ST PMT 01/15/11   INV 212/005  TYPE CONV. RES    CNS      MAN B
S  VOLLENTI   CUR PMT 10/15/22   PB     56340.30   IR 05.99000         GRP
PLAN: FNHC CONT TYPE: VAR/CLOSED NEXT CONT: 10/15/40  REM TERM 218  STATUS: A
-------------------------------------------------------------------------------
  SG: 01 OF 02    DATE RANGE:  __/__/__  TO  __/__/__  LIST:
-----------------------* HISTORY OF RATE CHANGE  *-----------------------
  BILL DT  EFF DT    IR     IDX CDE  IDX VAL                      SOURCE
 09/21/22 08/20/22  5.99000   PRML   5.50000                       INDEX
 11/21/22 10/22/22  6.74000   PRML   6.25000                       INDEX
 01/20/23 12/22/22  7.49000   PRML   7.00000                       INDEX




-----------------------------------------------------------------PF20: PF KEYS--
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF WESTERN PENNSYLVANIA

In Re: Norman E. Vollentine,　　　　　　　　　Case No. 17-10979
　　　　　Stephanie A. Vollentine,
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　Debtors

### CERTIFICATE OF SERVICE

　　　　I hereby certify that on **01/23/2023,** I electronically filed a Notice of Mortgage Payment Change with the Clerk of the Bankruptcy Court using the CM/ECF system which sent electronic notification of such filing to the following:

Debtors' Attorney:
**Jeffrey G. Herman**
Email: JeffreyHerman@Live.com

Trustee:
 **Ronda J. Winnecour**
 Suite 3250, USX Tower
 600 Grant Street
 Pittsburgh, PA 15219

　　　　And, I hereby certify that I have mailed via the United States Postal Service the Notice of Mortgage Payment Change to the following non CM/ECF participants:

Debtors:
**Norman E. Vollentine**
**Stephanie A. Vollentine**
3272 Dublin Rd
Waterford, PA 16441

　　　　　　　　　　　　　　　　　　　　　　/s/Reilly Fiske
　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Specialist
　　　　　　　　　　　　　　　　　　　　　　KeyBank N.A.